**628**

Aetna Acceptance Company, defendant in error, v. R. H. Davis, trading as Davis Motor Sales, plaintiff in error. Gen. No. 36,473.

Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

Goldman, Allshouse & Healy and Ramlose & Edwards, for plaintiff in error; Robert G. Dreffein and George A. Edwards, of counsel. William S. Kleinman, for defendant in error.

Mr. Presiding Justice Hall delivered the opinion of the court.

Central Republic Bank and Trust Company, complainant-appellant, and Lott Hotels, Inc., defendant-appellant, v. Joseph F. Connery, receiver, appellee. Gen. Nos. 36,507–36,509.

Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

Poppenhusen, Johnston, Thompson & Cole and Harris F. Williams, for appellants; Edward R. Johnston, of counsel. Michael F. Ryan, for appellee; H. J. Rosenberg, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Joseph Kanski et al., plaintiffs in error. Gen. No. 36,938.

Opinion filed February 7, 1934.

Charles P. R. Macaulay, for plaintiffs in error. Otto Kerner, Attorney General, for defendant in error; J. J. Neiger, Assistant Attorney General, Thomas J. Courtney, State's Attorney, Edward E. Wilson and Grenville Beardsley, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Robert W. Riedy, appellee, v. Health-Mor Sanitation Systems, Inc., appellant. Gen. No. 36,526.

Opinion filed February 7, 1934.

Wetten, Pegler & Dale, for appellant. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.